IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBORAH PIKE**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>-v-<br><br>**HCF MANAGEMENT, INC.**<br><br>    Defendant. | : Case No.: 1:22-CV-00165-SBP<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF
<u>PROPOSED CLASS AND COLLECTIVE ACTION SETTLEMENT</u>**

  Plaintiff Deborah Pike ("Class Representative," "Plaintiff," or "Named Plaintiff"), individually and on behalf of Settlement Class Members and Defendant HCF Management, Inc. ("HCF" or "Defendants"), by and through their undersigned counsel jointly move for Preliminary Approval of the Class & Collective Action Settlement. In support of their motion, the parties rely on the memorandum of law in support and exhibits attached thereto.

  Respectfully submitted this 8th day of June, 2023.

| | |
|---|---|
| */s/ Simon B. Paris, Esquire*<br>Simon B. Paris, Esq.<br>Patrick Howard, Esq.<br>Saltz, Mongeluzzi, & Bendesky, P.C.<br>1650 Market Street, 52nd Floor<br>Philadelphia, PA  19103<br>T: (215) 575-3985<br>F: (215) 496-0999<br>sparis@smbb.com<br>phoward@smbb.com<br><br>*Attorneys for Plaintiff and the Settlement Class* | */s/ Robert Pivonka*<br>Robert Pivonka<br>Christopher Kuhn<br>Rolf Goffman Martin Lang LLP<br>31105 Bainbridge Road, Suite 4<br>Cleveland, OH 44139<br><br>*Attorneys for Defendant* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June 2023, the foregoing document was filed electronically through the Court's CM/ECF System thereby serving all counsel of record at the e-mail address listed in the Court's database.

*/s/ Simon B. Paris*
SIMON B. PARIS
