IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBORAH PIKE**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>**HCF MANAGEMENT, INC.**<br><br>Defendant. | : Case No.: 1:22-CV-00165-SBP<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### JOIN MOTION FOR FINAL APPROVAL OF
### PROPOSED CLASS AND COLLECTIVE ACTION SETTLEMENT

Plaintiff, Deborah Pike ("Plaintiff"), and Defendant HCF Management, Inc. ("Defendant") (together, the "Parties"), by and through their undersigned counsel hereby moves for final approval of proposed class and collection action settlement. In support of the motion, the Parties rely on the Memorandum of Law, attached thereto.

Respectfully submitted this 6th day of October, 2023.

| | |
|---|---|
| */s/ Simon B. Paris, Esquire* | */s/ Robert Pivonka* |
| Simon B. Paris, Esq. | Robert Pivonka |
| Patrick Howard, Esq. | Christopher Kuhn |
| Saltz, Mongeluzzi, & Bendesky, P.C. | Rolf Goffman Martin Lang LLP |
| 1650 Market Street, 52nd Floor | 31105 Bainbridge Road, Suite 4 |
| Philadelphia, PA  19103 | Cleveland, OH 44139 |
| T: (215) 575-3985 | |
| F: (215) 496-0999 | *Attorneys for Defendant* |
| sparis@smbb.com | |

*Attorneys for Plaintiff and the
Settlement Class*

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 6th day of October, 2023, the foregoing document was filed electronically through the Court's CM/ECF System thereby serving all counsel of record at the e-mail address listed in the Court's database.

                                                             */s/ Simon B. Paris*
                                                             SIMON B. PARIS