UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH PIKE, individually and on behalf of all others similarly situated, | : Case No. 1:22-CV-165 |
| v. | : |
| HCF MANAGEMENT, INC. | : |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

**WHEREAS** Plaintiff Deborah Pike, by and through her counsel, filed a Joint Motion for Final Approval of the Class and Collective Action Settlement (ECF No. 34); and

**WHEREAS** the Court having heard and considered all submissions in connection the unopposed Joint Motion for Final Approval of the Class and Collective Action Settlement and the files and records herein, as well as the arguments of counsel;

The Court hereby finds and concludes:

1. The unopposed Joint Motion for Final Approval of the Class and Collective Action Settlement is **GRANTED**.

2. The Court held a Final Approval Hearing on the proposed settlement on October 23, 2023.

3. This order incorporates the Class and Collective Action Settlement Agreement and Addendum ("Agreement") submitted to this Court on June 8, 2023. (ECF No. 35-1). Any capitalized terms used in this Order shall have the meaning or definitions given to them in the Agreement unless specified herein to the contrary.

4. Pursuant to Rule 23(c)(2)(B), this Court finds that Plaintiff, through their retained Settlement Administrator Settlement Services, Inc. ("SSI"), provided the Class Members the best practicable notice of the Settlement in accordance with the Notice Plan. No Class Members

submitted any objections to the Settlement, timely or otherwise. The Court finds that nineteen (19) Class Members submitted timely and valid requests for exclusion who appear on Exhibit A to this Order and are hereby excluded from the Settlement Class.

5. The Court finds that a full and fair opportunity has been afforded to the Class Members to opt out of and to object to the Settlement and to participate in the hearing convened to determine whether the Settlement should be given final approval. Accordingly, the Court hereby determines that Class Members not identified on Exhibit A hereto are bound by this Final Approval Order.

6. Pursuant to Rule 23(e)(2), this Court finds that the Settlement is fair, reasonable, and adequate. This Court further finds that the Settlement, for purposes of the FLSA, resolves a bona fide dispute between the parties and that its terms are fair and reasonable. For these reasons, this Court **FINALLY APPROVES** the Settlement.

7. The Class & Collective Action Settlement conclusively resolves all FLSA claims of the FLSA Collective Members identified in Exhibit 1 to the Agreement unless they appear in Exhibit A to this Order. As the Class & Collective Action Settlement conclusively resolves all FLSA claims asserted by the FLSA Collective Members (including FLSA claims by Plaintiffs and all Opt-In Plaintiffs) in this litigation, these claims are accordingly **DISMISSED WITH PREJUDICE**.

8. The Class & Collective Action Settlement also conclusively resolves all claims by the Class Members in this litigation, defined as follows: All individuals in the United States who were non-exempt employees of HCF during at least one of the three pay periods between December 11, 2021 through January 14, 2022.

9. As the Settlement conclusively resolves all claims by Plaintiff and Class Members in this litigation, all FLSA and state law claims are accordingly **DISMISSED WITH**

**PREJUDICE**, except for those individuals appearing on Exhibit A to this Order.

10. The Final Payout Amount for each Class Member as set forth in the Final Plan of Allocation pursuant to Section 10 of the Agreement is hereby **APPROVED**, and the Settlement Administrator is **AUTHORIZED** to distribute these Final Payout Amounts to Class Members as directed in the Agreement and reflected in the Final Plan of Allocation.

11. The Settlement Administrator's fees of up to $40,000 are hereby **APPROVED**, and the Settlement Administrator is **AUTHORIZED** to withdraw this amount from the Settlement Fund as payment for its services in this Action upon completion of the distribution set forth in Paragraph 10 above.

12. All parties to the Settlement Agreement, their Counsel, and the Settlement Administrator, are directed to carry out their obligations under the Settlement Agreement.

13. The Clerk of Court is directed to mark this case administratively closed. Counsel are hereby ordered to file a joint Stipulation of Dismissal within sixty (60) days of the date of this order. Should stipulation not be filed by **December 22, 2023**, Counsel for the Plaintiff is to file a written status report updating the Court on the progress made toward effectuating the settlement.

**IT IS SO ORDERED**
**BY THE COURT:**

Dated: October 23, 2023

*[signature]*
**The Honorable Susan Paradise Baxter**
**United States District Judge**